ACCEPTED
03-14-00130-CV
4640690
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 2:54:56 PM
JEFFREY D. KYLE
CLERK

# WINSTEAD

Austin | Charlotte | Dallas | Fort Worth | Houston | New Orleans | San Antonio | The Woodlands | Washington, D.C.

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 2:54:56 PM
JEFFREY D. KYLE
Clerk

direct dial 512.370.3407
dseal@winstead.com

March 25, 2015

**Via E-filing**

The Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
209 W. 14th Street, Room 101
Price Daniel, Sr. Building
Austin, Texas 78701

Re:    Court of Appeals Number:    03-14-00130-CV
       Trial Court Case Number;    D-1-GN-13-000678

Style: Sierra Club and Public Citizen
           v.
       Texas Commission on Environmental Quality and
           Southwestern Electric Power Company

Dear Mr. Kyle:

This case has been set for oral argument on May 6, 2015, at 1:30 p.m. before Justices Puryear, Pemberton and Bourland.

I intend to argue the case before the Court on behalf of Southwestern Electric Power Company.

Please let me know if you need additional information.

Sincerely,

Derek Seal

DS/cm

cc:    Eric Allmon, Attorneys for Sierra Club & Public Citizen
       Anthony C. Grigsby, Attorneys for the Texas Commission on Environmental Quality

WINSTEAD PC | ATTORNEYS